725 A.2d 1120

IN THE MATTER OF THAKI ISMAEL, AN ATTORNEY AT LAW.

March 24, 1999.

## ORDER

The Disciplinary Review Board on November 9, 1998, having filed with the Court its decision concluding that **THAKI ISMAEL** of **AVENEL,** who was admitted to the bar of this State in 1985, should be suspended from the practice of law for a period of six months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.15(a) (safekeeping client property), *RPC* 1.15(b) (failure to deliver client funds), *RPC* 1.15(d) (failure to comply

with recordkeeping rules), and *RPC* 8.1(b) (failure to cooperate with ethics authorities),

And the Disciplinary Review Board having concluded that prior to reinstatement to practice respondent should be required to return the sum of $1,800 in the *Carrington* matter and that he should be required to practice under supervision for a period of two years following reinstatement;

And good cause appearing;

It is ORDERED that **THAKI ISMAEL** is suspended from the practice of law for a period of six months, and until further Order of the Court, effective April 19, 1999; and it is further

ORDERED that prior to any application for reinstatement, respondent shall provide proof that the sum of $1,800 has been returned to his client, Mrs. Carrington; and it is further

ORDERED that on reinstatement to practice, respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.